# VIOLATION REPORT

**NAME:** Jonathan Benjamin Moore

**DOCKET NO.:** 5:26-CR-150-1M

**SUPERVISION BEGAN:** 4/7/2026

**JUDGE:** Honorable Richard E. Myers II

**EXPIRATION DATE:** 4/6/2031

**ORIGINAL OFFENSE:** Count 1-Attempted Possession With Intent to Distribute Cocaine Hydrochloride, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B), and 18 U.S.C. § 2, Count 2-Carry and Use by Brandishing a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2, Count 4-Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), Count 5-Interference With Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), and Count 6-Possession or a Firearm in Furtherance of a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(i)

**NATURE OF VIOLATION(S) AND OFFICER'S EVIDENCE:** On October 14, 2026, a warrant for arrest was issued for the defendant in Cumberland County, North Carolina for the offenses of Trafficking in Cocaine; Possession With Intent to Manufacture, Sell, and Deliver Cocaine; Maintaining a Vehicle, Dwelling, or Place for Controlled Substances; Manufacture Cocaine; Possession with Intent to Manufacture, Sell, and Deliver Marijuana; Possession With the Intent to Sell and Deliver Schedule V Controlled Substances; Possess Drug Paraphernalia; and Possessing Marijuana Paraphernalia (26CR429978-250). On October 21, 2026, a Violation Report was submitted to the court advising of criminal charges and informing the court that our office was investigating the matter and making efforts to obtain case material regarding the criminal charges. Our office contacted the arresting agency for more information, and we were directed to their legal department. After multiple contacts with the legal department, no case material has been provided to date.

**PREVIOUS VIOLATIONS REPORTED TO COURT:**

| VIOLATION | DATE REPORTED |
|---|---|
| Criminal conduct | 10/21/2026 |

**ACTION RECOMMENDED BY OFFICER:** As efforts to obtain case material have been unsuccessful at this time, it is respectfully recommended that no action be taken until the case is adjudicated in state court, or if case material is obtained prior to adjudication. If either occurs, the court will be notified, and an appropriate course of action will be recommended.

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Courtney L. Thomas
Courtney L. Thomas
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2554
Executed On: November 17, 2026

**DECISION OF JUDGE:**

___✓___Agree with officer's recommendation
__________Take following action:

Richard E Myers II (signature)
Richard E. Myers II
Chief United States District Judge

11/18/2026
Date